UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DOLE CHILE S.A.,     :
    :
                *Plaintiff*,     :
    :     1:24-cv-02651 (ALC)
        -against-     :
    :     **ORDER**
MSC MEDITERRANEAN SHIPPING COMPANY     :
S.A., et al,     :
    :
                *Defendants*.     :
    :
    :
------------------------------------------------------------------ :
    :
    x

**ANDREW L. CARTER, JR., District Judge:**

     The parties are hereby ORDERED to file a joint status report by April 16, 2024.

**SO ORDERED.**

**Dated:**     **April 9, 2024**
             **New York, New York**        _____
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**